FILED

12/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0260

_____

CHOTEAU ACANTHA PUBLISHING, INC.
and MONTANA FREE PRESS,

      Petitioners and Appellees,

   v.

GREG GIANFORTE, in his official capacity as
GOVERNOR OF THE STATE OF MONTANA;
and JENNIFER STUTZ, Chair of the Governor's
Advisory Council for the Ninth Judicial District
Vacancy,

      Respondents and Appellants.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

                       For the Court,

                                    Electronically signed by:
                                    Mike McGrath
                       Chief Justice, Montana Supreme Court
                                    December 18 2024